Certificate Number: 13858-PAW-DE-040393506

Bankruptcy Case Number: 25-23280



13858-PAW-DE-040393506

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 8, 2025</u>, at <u>10:05</u> o'clock <u>PM EST</u>, <u>Stella Takyi</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>December 8, 2025</u>          By:     <u>/s/Aimee Reardon</u>

                                        Name:   <u>Aimee Reardon</u>

                                        Title:  <u>Counselor</u>