**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

In re:

    STELLA TAKYI,                                        Case No: 25-23280-JAD

        Debtor

_____

STELLA TAKYI,                                          Chapter 13

        Movant

vs.                                                 Related to Doc. #28

UPMC PHYSICIAN OPERATIONS and
and Ronda J. Winnecour, Trustee,

        Respondents

**<u>AMENDED ORDER TO PAY TRUSTEE</u>**
**<u>PURSUANT TO WAGE ATTACHMENT</u>**

    The above-named Debtor, STELLA TAKYI, having filed a Chapter 13 Petition and Debtor Trustee having moved to attach wages to fund the Chapter 13 Plan,

    IT IS, THEREFORE, ORDERED that until further Order of this Court, the entity from which the Debtor receives income:

        UPMC PHYSICIAN OPERATIONS
        600 GRANT STREET
        FLOOR 56
        PITTSBURGH, PA 15219
        ATTN: PAYROLL

(1) shall deduct from said income the sum of **$214.00 BI-<u>WEEKLY</u>** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefit arising out of present or past employment, or from any other benefits payable to the Debtor and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS to:

        RONDA J. WINNECOUR CHAPTER 13 TRUSTEE
        P.O. BOX 84051
        CHICAGO, IL 60689-4002

(2) The Debtor is paid weekly and the monthly Plan payment is $464.00.
(3) The above-named entity shall notify the Chapter 13 Trustee if the Debtor's income is terminated and the reason therefore.
(4) The Debtor(s) shall serve this Order and a copy of the Notification of Debtor's Social Security Number, Local Bankruptcy Form 12, that includes the Debtor's full Social Security number, on the Respondent. Debtor shall file a Certificate of Service regarding service of the order and local

form, but the Social Security number shall not be included on the certificate.

(5) All remaining income of the Debtor, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

(6) NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR WITH THE SOLE EXCEPTION OF ANYCHILD OR DOMESTIC SUPPORT PAYMENTS.

**(7) This Order supersedes previous Orders made to the above-named entity in this case.**

(8) The Respondent shall not charge any fee to the Debtor, for the administration of this attachment Order, except as may be allowed upon application to and order of this Court.

(9) The Debtor(s) shall remain responsible for timely making all monthly Plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to Debtor(s) and this estate.

DATED this __4th__ day of ____February____, 2026.

_____ sjk
The Hon. Jeffery A. Deller
U.S. Bankruptcy Court

FILED
2/4/26 9:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-23280-JAD |
| Stella Takyi | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 04, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

**Recip ID        Recipient Name and Address**
db           +   Stella Takyi, 1105 Wingate Drive, Pittsburgh, PA 15205-4924

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:

**Name**                              **Email Address**

Christian M Rieger
                                      on behalf of Debtor Stella Takyi criegerlaw@gmail.com

Denise Carlon
                                      on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com

Jeffrey Hunt
                                      on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

Keri P. Ebeck
                                      on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
                                      btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
                                      ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2 	User: auto 	Page 2 of 2
Date Rcvd: Feb 04, 2026 	Form ID: pdf900 	Total Noticed: 1

cmecf@chapter13trusteewdpa.com

TOTAL: 6