IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Stella Takyi <br> _Debtor(s)_ | | CHAPTER 13 |
| Lakeview Loan Servicing LLC <br> vs. _Secured Creditor_ | | NO. 25-23280 JAD |
| Stella Takyi <br> _Debtor(s)_ | | |
| Ronda J. Winnecour <br> _Trustee_ | | |

## CONSENT ORDER ON OBJECTION TO PLAN

WHEREAS this matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Lakeview Loan Servicing LLC, holder of a mortgage on real property known as 1105 Wingate Dr, Pittsburgh, PA 15205, with the consent of Christian M. Rieger, counsel for the Debtor, Stella Takyi,

WHEREAS the parties seek to resolve the objection to plan confirmation filed by Secured Creditor,

AND NOW, therefore, on the consent of the parties, it is hereby ORDERED:

It is **ORDERED, ADJUDGED and DECREED** that Debtor will pay the arrearage portion of claim # 11 totaling $607.69 outside of the plan in the regular course; and

It is further **ORDERED, ADJUDGED and DECREED** that post-petition funds maybe be applied to the escrow shortage of $607.69 reflected in proof of claim # 11;

It is further **ORDERED, ADJUDGED and DECREED** that said application of funds will not be deemed a violation of the automatic stay; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim, Claim # 11 on the Court's register, will not be paid through the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor will be treated as unaffected by this plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

CONSENTED TO BY:

Date:   February 9, 2026            /s/ Denise Carlon
                                                   Denise Carlon, Esq.
                                                   Attorney for Secured Creditor

Date:   February 12, 2026           /s/ Christian M. Rieger
                                                   Christian M. Rieger
                                                   Attorney for Debtor

Date:   February 14, 2026           /s/ Jim Warmbrodt *for*
                                                   Ronda J. Winnecour
                                                   Chapter 13 Trustee

Approved by the Court this _____ day of _____, 2026.  However, the Court retains discretion regarding entry of any further order.

                                                       Bankruptcy Judge
                                                       Jeffrey A. Deller