IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Stella Takyi | | CHAPTER 13 |
| | Debtor(s) | |
| Lakeview Loan Servicing LLC | | |
| vs. | Secured Creditor | NO. 25-23280 JAD |
| Stella Takyi | | |
| | Debtor(s) | Related to Docs. #12, 24 and 32 |
| Ronda J. Winnecour | | |
| | Trustee | |

**CONSENT ORDER ON OBJECTION TO PLAN**

WHEREAS this matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Lakeview Loan Servicing LLC, holder of a mortgage on real property known as 1105 Wingate Dr, Pittsburgh, PA 15205, with the consent of Christian M. Rieger, counsel for the Debtor, Stella Takyi,

WHEREAS the parties seek to resolve the objection to plan confirmation filed by Secured Creditor,

AND NOW, therefore, on the consent of the parties, it is hereby ORDERED:

It is **ORDERED, ADJUDGED and DECREED** that Debtor will pay the arrearage portion of claim # 11 totaling $607.69 outside of the plan in the regular course; and

It is further **ORDERED, ADJUDGED and DECREED** that post-petition funds maybe be applied to the escrow shortage of $607.69 reflected in proof of claim # 11;

It is further **ORDERED, ADJUDGED and DECREED** that said application of funds will not be deemed a violation of the automatic stay; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's claim, Claim # 11 on the Court's register, will not be paid through the plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor will be treated as unaffected by this plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

CONSENTED TO BY:

Date: February 9, 2026   /s/ Denise Carlon
Denise Carlon, Esq.
Attorney for Secured Creditor

Date: February 12, 2026   /s/ Christian M. Rieger
Christian M. Rieger
Attorney for Debtor

Date: February 14, 2026   /s/ Jim Warmbrodt *for*
Ronda J. Winnecour
Chapter 13 Trustee

Approved by the Court this 18th day of February, 2026. However, the Court retains discretion regarding entry of any further order.

Bankruptcy Judge
Jeffery A. Deller

sjk

FILED
2/18/26 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

-2-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-23280-JAD |
| Stella Takyi | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Feb 18, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stella Takyi, 1105 Wingate Drive, Pittsburgh, PA 15205-4924 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christian M Rieger | on behalf of Debtor Stella Takyi criegerlaw@gmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@metzlewis.com  btemple@metzlewis.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: auto Page 2 of 2
Date Rcvd: Feb 18, 2026 Form ID: pdf900 Total Noticed: 1
TOTAL: 6